ORIGINAL

Exhibit A

38

# APPLICATION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254 BY A PERSON IN STATE CUSTODY

| United States District Court | Eastern District of Michigan | VICTORIA A. ROBERTS |
|---|---|---|
| Name:<br>Richard John Champion | Inmate Number:<br>105012 | Case Number (official use only)<br>**04-74693** |
| Place of Incarceration:<br>YPSILANTI CENTER FOR FORENSIC PSYCHIATRY | | MAGISTRATE JUDGE MONA K. MAJZOUB |

Name of Petitioner (Include the name under which you were incarcerated)     Name of
Respondent  (authorized person having custody over you)

Richard John Champion _____ vs. JUDGE TERRENCE P. BRONSON _____

The Attorney General of the State of: MICHIGAN

## PETITION

**F I L E D**

DEC - 1 2004

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

1.  Name and location of court which entered the judgment of conviction under attack:
    1ST DISTRICT COURT, 106 E. FIRST ST., MONROE, MI 48161

2.  Date of judgment of conviction:
    NOVEMBER 10, 2004

3.  Length of Sentence: DON'T KNOW - INDEFINITELY

4.  Nature of offense involved (all counts):
    7 COUNTS - WEAPONS - CARRYING CONCEALED - POSSESSION BY FELON
    McL 750.227, McL 750.224

5.  What was your plea? (check one)
    (a)  Not guilty          ☐       } WAS NEVER ALLOWED TO PLEA
    (b)  Guilty              ☐         NEVER ARRAIGNED
    (c)  Nolo contendere     ☐

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    indictment, give details: _____
    _____
    _____
    _____

6.  If you pleaded not guilty, what kind of trial did you have? (check one)

    *DIDN'T HAVE JURY TRIAL WHICH I DEMANDED*

    (a)  Jury          ☐
    (b)  Judge only    ☐

7.  Did you testify at the trial?

    Yes ☐                    No ☒

8.  Did you appeal from the judgment of conviction?

    Yes ☐                    No ☒

9.  If you did appeal, answer the following:

    (a)  Name of court: _____

    (b)  Result: _____

    (c)  Date of result and citation, if known: _____

    (d)  Grounds raised: _____

         _____

         _____

    (e)  If you sought further review of the decision on appeal by a higher state court, please answer the
         following:

         (1)  Name of court: _____

         (2)  Result: _____

         (3)  Date of result and citation, if known: _____

         (4)  Grounds raised: _____

              _____

              _____

    (f)  If you filed a petition for certiorari in the United States Supreme Court, please answer the
         following with respect to each direct appeal:

         (1)  Name of court: _____

         (2)  Result: _____

         (3)  Date of result and citation, if known: _____

         (4)  Grounds raised: _____

              _____

              _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any
    petitions, applications, or motions with respect to this judgment in any court, state or federal?

    Yes ☒                    No ☐

11. If your answer to 10 was "yes", give the following information:

    (a)    (1)    Name of court: _IST DISTRICT COURT_

                (2)    Nature of proceeding: _MOTION TO DISMISS_

                        _MOTION TO PROVE JURISDICTION_

                        _MOTION ON FORENSIC EXAM_

                (3)    Grounds raised: _JURISDICTION — NEVER ARRAIGNED_

                (4)    Did you receive an evidentiary hearing on your petition, application, or motion?
                      Yes ☐          No ☒

    (b)    As to any second petition, application, or motion give the same information:

                (1)    Name of court: _____

                (2)    Nature of proceeding: _____

                (3)    Grounds raised: _____

                (4)    Did you receive an evidentiary hearing on your petition, application, or motion?
                      Yes ☐          No ☐

    (c)    Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

            (1) First petition, etc.    Yes ☐    No ☒
            (2) Second petition, etc.    Yes ☐    No ☒

    (d)    If you did *not* appeal from the adverse action on any petition, application, or motion explain briefly why you did not: _I AM INCARCERATED, I AM NOT RECEIVING MAIL NOR WILL THEY ALLOW ME TO SEND MAIL, I HAVE NO MEANS OF PREPARING THE DOCUMENTS SUCH AS PAPER, PENCIL, LAW LIBRARY, BOOKS, PHONE PRIVILAGES, ETC., I AM BEING DENIED ACCESS TO EVERYTHING._

12.   State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds, and *facts* supporting same.
      **CAUTION**: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.
      For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if yo have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.
      Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any of these grounds:
      (a)   Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
      (b)   Conviction obtained by the use of coerced confession.
      (c)   Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
      (d)   Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
      (e)   Conviction obtained by a violation of the privilege against self-incrimination.
      (f)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
      (g)   Conviction obtained by a violation of the protection against double jeopardy.
      (h)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
      (i)   Denial of effective assistance of counsel.
      (j)   Denial of right of appeal.

      (A)   Ground one: _THERE ARE AT LEAST 19 COUNTS_
            _SEE ATTACHED PRISONER CIVIL RIGHTS COMPLAINT - EXHIBIT A_

            Supporting FACTS (tell your story *briefly* without citing cases or law: _____

      (B)   Ground two: _____

            Supporting FACTS (tell your story *briefly* without citing cases or law: _____

      (C)   Ground three: _____

            Supporting FACTS (tell your story *briefly* without citing cases or law: _____

(D)   Ground four: _____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law: _____

_____

_____

_____

_____

(13)   If any of the grounds listed in 12 A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them:

_____

_____

(14)   Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?

Yes ☐       No ☒

15.   Give the name and address, if known, of each attorney who represented you in the following states of the judgment attacked herein:

1.   At preliminary hearing: _RONALD J. BENORE, JR. P59712_
_204 SOUTH MACOMB ST., MONROE, MI 48161_

2.   At arraignment and plea:  _NEVER ARRAIGNED_

3.   At trial:
_NEVER HAD TRIAL_

4.   At sentencing:  _RUSSELL A. SMITH_
_9042 LEWIS AVE. P.O. BOX 490, TEMPERANCE, MI 48182_

5.   On appeal: _____

6.   In any post-conviction proceeding: _____

7.   On appeal from any adverse ruling in a post-conviction proceeding: _____

_____

16.   Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☒        No ☐

17.   Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐        No ☒

1.   If yes, give name and location of court which imposed sentence to be served in the future:

_____

_____

2.   Give date and length of the above sentence:

_____

_____

3.   Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐        No ☐

Wherefore, Movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_11-20-04_____

Date

_Richard J. Champion_____
Signature of Movant

AO241 (Rev. 3/00)

*Exhibit A*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Theodore Levin United States Courthouse
### 231 W. Lafayette, Room 564
### Detroit, Michigan 48226

---

## *Prisoner Civil Rights Complaint for Cases Brought Under 42 U.S.C. § 1983*

*LIBEL OF REVIEW     ADMIRALTY CASE NO.*

### ~~Plaintiff's~~ Information

| Name ~~PLAINTIFF~~ *PETITIONER/CLAIMANT* | Inmate Number |
|---|---|
| *Richard  John  Champion* | *105012* |

| Place of Confinement |
|---|
| *YPSILANTI  CENTER  FOR  FORENSIC  PSYCHIATRY* |

| Street | City | State | Zip Code |
|---|---|---|---|
| *331 EMIS RD., UNIT C-91* | *YPSILANTI* | *MICHIGAN* | *48197* |

*Any additional plaintiffs to this action should be listed on a separate 8½ x 11" sheet of paper and securely attached to the back of this complaint.  Please provide names, inmate numbers, and addresses for each plaintiff.*

---

### ~~Defendant's~~ Information *(This information must be current.)*

| Name ~~DEFENDANT~~ *RESPONDENTS/LIBELANTS* | Position |
|---|---|
| *SEE ATTACHMENT ON LAST PAGE* | |

| Street or P. O. Box Number |
|---|

| City | State | Zip Code |
|---|---|---|

*RESPONDENTS/LIBELANT*

Are you suing this ~~defendant~~ in his/her personal capacity, official capacity, or in both capacities?

☐ Personal        ☐ Official        ☒ Both

*RESPONDENTS/LIBELANTS*

*Any additional ~~defendants~~ to this action should be listed on a separate 8½ x 11" sheet of paper and securely attached to the back of this complaint.  Please provide their names, positions, and current addresses, and the capacity (personal or official) in which you are suing the defendants.*

## I.  PREVIOUS LAWSUITS

Have you begun any other lawsuits in state or federal court relating to your imprisonment?

YES ☐        NO ☒

If "YES", complete following section; if "NO", proceed to Part II.

*Prisoner Civil Rights Complaint Page # 1*

*EXHIBIT A*

*Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.*[1]

1)
| | |
|---|---|
| **Docket Number:** | *NONE* |
| **Name of Court:** | |
| **Parties (Caption or Name of Case):** | |
| **Disposition:** | |

2)
| | |
|---|---|
| **Docket Number:** | |
| **Name of Court:** | |
| **Parties (Caption or Name of Case):** | |
| **Disposition:** | |

3)
| | |
|---|---|
| **Docket Number:** | |
| **Name of Court:** | |
| **Parties (Caption or Name of Case):** | |
| **Disposition:** | |

[1] This notification is pursuant to 28 U.S.C. § 1915(g).

## II. ADMINISTRATIVE REMEDIES

1. If you are in the custody of the State of Michigan or one of its subdivisions, did you:

| | | |
|---|---|---|
| File a grievance with the Step 1 Grievance Coordinator? | YES ☒ | NO ☐ |
| Appeal to the Step 2 Grievance Coordinator? | YES ☒ | NO ☐ |
| Appeal to the Step 3 Grievance Coordinator? | YES ☒ | NO ☐ |
| Seek a rehearing? | YES ☒ | NO ☐ |
| Seek State Circuit court review of a misconduct hearing? | YES ☒ | NO ☐ |

*If you did not take one or more of the steps, please explain why:*

ALL FIVE STEPS HAVE BEEN IGNORED

2. If you are a federal detainee, prisoner, or parolee and if your claim concerns parole, did you appeal to the National Appeals Board of the United States Parole Commission?

YES ☐    NO ☐

*If not, explain why:*

3. If you are a federal detainee, prisoner, or parolee, and if your claim involves something other than parole, did you:

| | | |
|---|---|---|
| Attempt to resolve your complaint informally? | YES ☐ | NO ☐ |
| File a formal complaint? | YES ☐ | NO ☐ |
| Appeal to the warden? | YES ☐ | NO ☐ |
| Appeal to the Regional Director of the Bureau of Prisons? | YES ☐ | NO ☐ |
| Appeal to General Counsel for the Bureau of Prisons? | YES ☐ | NO ☐ |

*If not, explain why:*

## III. STATEMENT OF FACTS

RESPONDENT/LIBRANT

State here as briefly as possible the facts of your case. Describe how each ~~defendant~~ is involved. Include the names of other people, dates, and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim on blank 8½ x 11" sheets of paper and attach them to the last page of this complaint.

SEE ATTACHMENTS

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

BE ENTITLED TO A JURY TRIAL ON THE MERITS, BE IMMEDIATELY RELEASED FROM INCARCERATION SO I CAN ADEQUATELY DEFFEND MYSELF, AND RELIEF FOR DAMAGES AND INJURIES INCURRED. ANY OTHER FURTHER RELIEF THAT MAY ARISE DURING THE PROCEEDINGS ALSO REQUESTING $500 BILLION IN TROY OUNCES OF GOLD BARS - UNITS OF .999 FINE

**I declare under penalty of perjury that the foregoing is true and correct.**

_____
(Date)

_____
(Your Signature) PETITIONER/CLAIMANT

Prisoner Civil Rights Complaint Page # 4

THE UNITED STATES OF AMERICA

U.S. FEDERAL COURT, THE EASTERN DISTRICT OF Michigan

THE SOUTHERN DIVISION AT DETROIT, Michigan

48226

IN REM, IN QUASI REM IN ADMIRALTY MARITIME
LIBEL OF REVIEW   28 U.S. CODE SECTION 1331, 1333
1361, AND 1441 AND 2254, 2255
SAVING TO SUITORS

CHAMPION / RICHARD / JOHN,
A STRAWMAN AKA Carl Edward,,
Miller, My Christian Name

COUNTER PETITIONER/CLAIMANT

Counter ADMIRALTY Case No. _____
COMPLAINT

Before Hon. _____
Federal DISTRICT JUDGE   (P-       )

VS.   NOTE SUBJECT TO AMENDMENT
THE STATE OF MICHIGAN, A MUNICIPAL CORPORATION,
M's JENNIFER GRANDHOLM, CHIEF EXECUTIVE Officer / GOVERNOR OF MICHIGAN
Jointly & Severally
THE CITY OF MONROE, MICHIGAN, a MUNICIPAL CORPORATION
THE COUNTY OF MONROE, MICHIGAN, a MUNICIPAL CORPORATION
THE MONROE COUNTY JAIL, a CORPORATION
TILLMAN L. CRUTCHFIELD, Chief Executive Officer / MONROE COUNTY
SHERIFF
100 John and JANE Does, Persuant TO BIVENS US SIX UNKNOWN
Agents, Actors, Assigns, Employees, Counselors. Contractors   AGENTS
ALL INDIVIDUALS •   RESPONDENTS / LIBELANTS   Jointly AND SEVERALLY
EACH AND EVERY ONE
ALL TO BE ACTUALLY
NAMED AS THEY BECOME KNOWN,,   ORAL ARGUMENT REQUESTED

CHAMPION/RICHARD/JOHN a STRAWMAN,
Carl Edward,, Miller My CHRISTIAN NAME,
APPEARING IN PROPRIA PERSONA ON MY OWN BEHALF
PERSUANT TO TITLE 28 U.S. CODE Section 1333 SAVING to Suitors CLAUSE
CURRENT Address IS AT THE YPSILANTI CENTER FOR FORENSIC PSYCHIATRY
331 EMIS RD., UNIT C-41
YPSILANTI, MICHIGAN
PZ. 48197

OPPOSING COUNSEL FOR Defendant's/Respondent's)
Mr. Michael A. WEIPERT, Esquire (P-35050)   or HIS DISIGNATED REPRESENTATIVE
125 E. 2nd Street
Monroe, Michigan 48161
Ph# (734) 240-7600

☒ THE DEFENDANTS ARE NOT MINOR CHILDREN
☒ THERE IS NO OTHER CASE IN ANY Court
CONCERNING THIS PLAINTIFF & COMPLAINT
☒ THE NAMED DEFENDANT(S) ARE NOT
IN THE ARMED FORCES TO MY KNOWLEDGE

PETITIONER/CLAIMANT   SUMMONS/COMPLAINTS

Most Respectfully Submitted
Champion Richard J. Carl E. Miller,,
CHAMPION / RICHARD / JOHN ; A STRAWMAN
AKA Carl Edward,, Miller, My Christian Name

Date November 27, 2004

# INDEX

INDEX .............................................. (i)
TABLE OF AUTHORITIES .............................. (i)
TABLE OF CASES .................................... (ii)
JURISDICTIONAL STATEMENT .......................... (iii)
COMPLAINTS AND SUPPORTING MEMORANDUM .............. 1.
COUNTS 1 THRU 19
SUMATION .......................................... 17
PRAYER FOR RELIEF ................................. 18
AFFIDAVIT OF VERIFICATION ......................... 19
CERTIFICATE OF SERVICE ............................ 20

# TABLE OF AUTHORITIES

TITLE 28 USC § 1331, 1333
TITLE 5 USC § 557 AND 556
TITLE 18 USC § 241 AND 242
TITLE 42 USC § 242
TITLE 42 USC § 1983, 1985, 1986, 1994
TITLE 5 USC § 556(d)
TITLE 18 USC § 1341 AND 1342
TITLE 18 USC § 1503
TITLE 18 USC § 1623
TITLE 18 USC § 1001
TITLE 18 USC § 1963
TITLE 18 USC § 2381, 2383, 2384, 2382
TITLE 18 USC § 1621, 1622, 1623
MCL 764.1e
MCLA 750.227(b)
MCLA 750.422
TITLE 28 USC § 2254, 2255

# TABLE OF CASES

McNUTT V. G.M., 56 S.CT. 789, 80 L.ED. 1135

GRIFFIN V. MATHEWS, 310 SUPP. 341, 423, F.2d 272

BASSO V. U.P.L., 495 F.2d 906

THOMSON V. GASKIEL, 62 S.CT. 673, 83 L.ED. 111

PENHALLOW V. DOANE'S ADMINISTRATORS, 3 U.S. L.L.ED. 57;
                              3 DALL 54

KIKUMURA V. HURLEY, 242 F.3d 950 (10 CIR. C.A. 2001)

CAMERON V. SARRAF, 128 F. SUPP. 2d 906 (E.D. VIRGINIA 2001)

OXENDINE V. KAPLAN, 241 F.3d 1272 (10TH CIR. C.A. 2001)

NAPIER V. MEDISON COUNTY KENTUCKY, 238 F.3d 739 (6TH CIR. C.A. 2001)

U.S. V. PRUDDEN, 424 F2d 1021

U.S. V. TWEEL, 550 F2d 297 AT 299-300

CARMINE V. BOWEN, 64 A. 932

WOMACK V. STATE, 285 Sw2d 141

STREIT V. COUNTY OF LOS ANGELES, 236 F3d 552 (9TH CIR. C.A. 2001)

BALLANCE V. YOUNG, 130 F. SUPP 2nd 762 (W.D. VA. 2000)

HAGENS V. LAVINE, 415 U.S. 553, NOTE 3.

SPECIAL INDEM. FUND V. PREWITT, 205 F2d 306, 201 OK. 308

## OTHER

PART I, CHAPTER I, ARTICLE 1 (2); AND PART I, CHAPTER II,
    ARTICLE 3 OF THE AMERICAN CONVENTION ON HUMAN RIGHTS

PART I, CHAPTER II, ARTICLE 18 OF THE AMERICAN CONVENTION
          ON HUMAN RIGHTS

U.S CONSTITUTION 8TH AMENDMENT, 13TH AMENDMENT

MICHIGAN CONSTITUTION ARTICLE 1 5, 6, 17

1997 FEDERAL PRISONERS REFORM ACT

# JURISDICTIONAL STATEMENT

Now Comes CHAMPION RICHARD JOHN, A Strawman, A/k/a Carl Edward,, Miller, My Actual Christian Name AND APPEARING IN PROPRIA PERSONA AS MY OWN COUNSEL, AND I DO STATE FOR THE RECORD THAT JURISDICTION IS PROPER PERSUANT 28 U.S. CODE Sections 1331 MAtters CONCERNING BASIC CONSTITUTIONAL RIGHTS ISSUES, SECTION 1333 "SAVING TO SUITORS CLAUSE THE RIGHT TO BRING COMPLAINT LIBEL OF REVIEW, Section 1361 CONCERNING MANDAMUS TO COMPEL SWORN OFFICER TO DUE HIS/HER Sworn Duty AND UPHOLD U.S. CONSTITUTION AND STATE OF MICHIGAN (4) Four Constitutions 1835, 1850, 1908 AND 1963 CONSTITUTIONS AND FURTHER The 1st, 2nd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 11th, 13th AND 14th Amendments of the U.S. Constitution, AND Just ABOUT ALL THE 1st ARTICLE of the Michigan Constitution OF 1963, THE PREAMBLES TO ALL CONSTITUTIONS THAT I HAVE THOROUGHLY AND exhaustively persued and tried to resolve this controversy Administratively, ALL BUT To NO AVAIL, AND I WAS honestly without recourse AS NO REASONABLE DESIRE WAS PUT FORTH BY RESPONDENTS/LIBELANTS or their COUNSEL, AND FURTHER I MEET ALL THE EXCEPTIONS OF ROOKER vs. FELDMAN, AND Younger vs HARRIS AS FOR THE EXCLUSIONARY Rule, and I AM totally AND LAWFULLY ENTITLED TO FILE THIS ACTION AS A MATTER OF RIGHT, UNDER The Law!!! ALSO MATTERS INVOLVING 18 U.S.C. SECTION 241 & 242, TITLE 42 U.S.C. SECTION 1983, 1985, 1986 AND TITLE 5 U.S.C. SECTIONS 557 AND 706 CIVIL RIGHTS DUE PROCESS. MOST Respectfully Submitted,

DATE NOV 27, 2004

Champion Richard Carl E,, Miller
CHAMPION RICHARD JOHN, A Strawman, A/k/a Carl Edward,, Miller, MY ACTUAL Christian Name
PETITIONER/CLAIMANT

(iii)

# COMPLAINT AND MEMORANDUM
## IN SUPPORT OF SAID COMPLAINT

NOW COMES, CHAMPION RICHARD JOHN, A Strawman, A/K/A CARL EDWARD, , MILLER, My Actual CHRISTIAN NAME, AS THE PETITIONER/LIBELANT      HEREIN BEFORE THIS HONORABLE UNITED STATES FEDERAL DISTRICT AND APPEARING IN PROPRIA PERSONA AND ALSO IN FORMA PAUPERIS DO BRING THIS MY JUST AND LAWFUL COMPLAINTS AS FOLLOWS:

THAT IT THE COMMON Allegation THAT THE NAMED AND JOHN AND JANE DOES TO BE NAME UPON FINAL DISCOVERY, EACH AND EVERY ONE ACTUALLY PARTICIPATED IN, WERE IN A SUPERVISORS RESPONSIBLE POSITION OF AUTHORITY INVOLVED IN SUPERVISION, TRAINING, Disciplining, ORGANIZATION, or CONTROL..... Res ipsi loquitor, with exclusive control or AUTHORITY OVER SAID INDIVIDUAL RESPONDENTS/LIBELANTS AND WERE TOTALLY NEGLIGENT IN THEIR SWORN Duties to preform their Duties to the very best of their abilities, which CONSEQUENTIALLY CAUSED SEVERE TORTIOUS INJURIES TO THIS PETITIONER/LIBELANT      TO INCLUDE THE TOTAL VIOLATION OF THIS PETITIONER/LIBELANT   BASIC CONSTITUTIONAL RIGHTS DIRECTLY RESULTING IN THIS INSTANT COMPLAINTS BEING FILED AND BROUGHT BEFORE THIS HONORABLE COURT TODAY. PLEASE NOTE THE FOLLOWING LISTED COMPLAINTS:

## COUNT 1

THAT THE RESPONDENTS/LIBELANTS DID ENGAGE IN WITH A DELIBERATE MALICIOUS AND WANTON OPEN PRACTICE OF Deliberate Religious PERSECUTION, Discrimination, INTOLERENCE, AND INJURY PUNISHMENT AGAINST THIS PETITIONER/LIBELANT FOR PETITIONER/LIBELANT   SO HAVING EXERCISED HIS RELIGIOUS BELIEFS CONCERNING Corruption of BLOOD, HAVING REFUSED MEDICAL TREATMENTS INVOLVING T.B. INJECTIONS AND FOR THIS PLAINTIFF(s)/PETITIONER(s) WAS PUBLICALLY VILIFIED IN FRONT OF LARGE INMATE POPULATION, HIS RELIGION DELIBERATELY CALLED A "BUNCH OF BULL SHIT" BY RESPONDENTS/LIBELANTS SEE KIKUMURA VS. HURLEY 242 F. 3d 950 (10 CIR C.A. 2001 CASE)

1.

# Count 1 Continued

..... By RESPONDENT/LIBELANT, MONROE COUNTY Correction OFFICER
Seargeant (PORKY) Sic PROWKOWSKI WITH (2) TWO LARGE
OFFICERS STANDING BY TO STOP ANY PROBLEMS SHOULD I
Become INRAGED BY THE INSULTS TO MY JEHOVA'S WITNESS
RELIGION, AND PETITIONER/LIBELANT  WAS THROWN
IN THE HOLE (SIC) "IN SOLITARY CONFINEMENT AND PUNISHED,
WITHOUT A HEARING I MIGHT Add FOR SOME 55 DAYS, HIS
MAIL WAS RETURNED AND HE WAS PUNISHED, NO VISITORS
WERE ALLOWED etc, ALL TO GET ME TO GIVE UP MY
RELIGIOUS BELIEFS AND GO AGAINST BIBLICAL MANDATED
HONEST RELIGIOUS BELIEFS AS WE BELIEVE THE CORE
SPIRIT OF GOD JEHOVA RESIDES IN THE BLOOD AS EACH PERSON'S
INDIVIDUAL SOUL IF YOU WILL AND WE CAN NOT DESICRATE
THAT BLOOD OR CORRUPT THAT BLOOD AS IT IS A SERIOUS
SIN OF CORRUPTION OF BLOOD TO GOD JEHOVA AND I WAS
DELIBERATELY PUNISHED FOR EXERCISING MY RELIGIOUS
BELIEFS NOT TO TAKE the RESPONDENTS/LIBELANTS T.B. TEST. FINALLY
THE RESPONDENTS/LIBELANTS AFTER So (55) FIFTY-Five dAyS when
THEY REALISED FINALLY AFTER CONSIDERABLE ABUSES SLEEPING
ON A COLD FLOOR WITH BACK INJURIES, Leg INJURIES etc
LOCK DOWN Restrictions, No VISITORS, Little MAIL, SOLITARY
CONFINEMENT etc, RESPONDENTS/LIBELANTS took ME to the Hospital
FOR A CHEST X-RAY, WHICH PROVED ALMOST IMMEDIATELY
I DID NOT HAVE T.B. OR ANY OTHER LUNG AILEMENT I WAS
THEN LET OUT OF THE HOLE AND PUT IN PRISONER POPULATION
AS A REGULAR PRISONER, BUT I CLEARLY KNEW RESPONDENTS/LIBELANTS
HAD NOTHING BUT CONTEMPT FOR ME AND MY RELIGION
AND ONLY NOW tolerated ME NOW because the RESPONDENTS/LIBELANTS
REALIZED I WAS Serious AS A HEART ATTACK ON RELIGION.
THIS RESPONDENTS/LIBELANTS  Discriminatory, Persecutory, Intolorent
ACTIONS ARE A CLEAR BREACH OF DUTY AND LAW, AND
FURTHER ARE A FEDERAL HATE CRIME. PLEASE SEE
TITLE 18 U.S. CODE SECTIONS 241, AND 242, TITLE 42 U.S. CODE
SECTIONS 1983, 1985, 1986 AND FURTHER SEE TITLE 5 U.S. CODE
SECTIONS #557 AND #706. FUTHER It VIOLATES BOTH FEDERAL AND

2

AND STATE OF MICHIGAN CONSTITUTIONS, ALL (4) FOUR CONSTITUTIONS
THE 1835, 1850, 1908, AND THE 1963, SAID ACTS ARE FURTHER
VIOLATIONS OF SWORN OATHS OF OFFICE MAKING THE OFFENDING
PARTY RESPONDENTS INCAPABLE OF HOLDING AN OFFICE OF
PUBLIC TRUST ANY WHERE IN THIS GREAT LAND, AND IS
FURTHER AN ACT OF REBELLION OR TREASON AGAINST THE
FREE AND SOVEREIGN PEOPLE OF THESE UNITED STATES OF
AMERICA AND THE SOVEREIGN STATE OF MICHIGAN ALL FELONIES
SEE 18 U.S. CODE SECTION #2381, #2382, 2383 AND 2384 NOTICE
OF FELONIES IS CONSTRUCTIVELY GIVEN, NOTE ALSO RELIGIOUS
FREEDOM RESTORATION ACT (RFRA) RESPONDENTS) ARE IN NON-COMPLIANCE

## COUNT 2

PETITIONER/CLAIMANT    REARGUES ALL PREVIOUS
ARGUMENTS AS IF ORIGINALLY ARGUED SAME HERE, AND
MAKES/BRINGS FURTHER COMPLAINT INVOLVING THE
8th AMENDMENT U.S. CONSTITUTION, ..... CRUEL AND
UNUSUAL PUNISHMENT, ABUSE ESPECIALLY OF A PRISONER
IN CUSTODY, A FELONY, ALSO ARTICLE 1 SECTION 17 OF
State of Michigan Constitution OF 1963, THAT THESE
SAME RESPONDENTS) WHILE PETITIONER/CLAIMANT    WAS
HELD IN LOCK DOWN SOLITARY CONFINEMENT PETITIONER/
CLAIMANT   DEVELOPED A SEVERE ABSESSED FRONT
UPPER SHINING TOOTH WHICH BECAME VERY BADLY
INFECTED RATHER QUICKLY AND PETITIONER/CLAIMANT
FACE ON THE RIGHT SIDE Swole UP ABOUT 3 X TIME SIZE
JUST ABOUT CLOSING HIS RIGHT EYE AND PETITIONER/
CLAIMANT    WAS IN SOME VERY SEVERE PAIN AND
DISCOMFORT AND GAVE NOTICE TO RESPONDENTS), to include
The NURSE AND MEDICAL STAFF, WHO told this PETITIONER/
CLAIMANT   that I would be taken to the Dentist
FIRST THING IN THE MORNING AT 9:30 AM, WELL 9:30AM
THE NEXT DAY CAME AND WENT NO DENTIST, NO MEDICAL
ASSISTANCE OF ANY KIND AND AT SOME POINT I FULLY
REALIZED HEY, YOU COULD DIE HERE, this WAS VERY SERIOUS
AND I had SOME MEDICAL BACK GROUND FROM THE SERVICE
AND I JUST FINALLY PULLED THE ABSESSED TOOTH WITH (2)
TWO PLASTIC SPOONS FROM A FOOD SERVICE TRAY, I PACKED

3

## COUNT 2 CONTINUED

..... I packed the bleeding gum socket with toilet PAPER SOAKED IN TABLE SALT TO CLEAN, FLUSH AND COUterize the wound. It took some time and Finally I got the matter under control and off course NO PAIN KILLER OR ANIDIOTICS AT THIS TIME I WAS IN SOLITARY CONFINEMENT LOCK DOWN! CLEARLY THIS WAS A LIFE Threatening occurrence AND I CLEARLY UNDERSTOOD This FACT AND IT WAS FURTHER DONE TO GET ME TO CAVE IN ON MY RELIGIOUS BELIEFS AND SUBMIT TO THE RESPONDEN(s) T.B. TEST AND HAVE ME GO AGAINST THE BIBLICAL TEACHINGS, FOR SURE! Any way AFTER A COUPLE DAYS I GOT CALLED TO GO SEE THE NURSE Who HAD HEARD ABOUT MY Little episode and IN COMES THE Doctor, who Now PERSONALLY wanted to examine the tooth and the mouth. THE SWELLING HAD GONE WAY DOWN AND I JUST TOLD HIM HONESTLY WHAT HAD TAKEN PLACE AND He seemed very, very, upSET, HE kept Looking very stern at the NURSE AND He ASKED IF I WAS Allergic to Penicillen or had I Any KIND OF Allergic PROBLEMS AND HE GOT ME SOME PAIN PILLS AND SOME ANIBIATICS which I did take religously to the end of The cycle when I developed A LITTLE BLOOD IN THE URINE AND Suspended the meds. MY FACE PROCEEDED TO HEAL UP AND I ONLY HAD AN EAR INFECTION LEFT AND I JUST KEPT DRINKING LOTS AND LOTS OF WATER AND FLUSHED IT ALL OUT DAILEY WITH A LITTLE TABLE SALT! I ALSO GOT BIT BY A SPIDER IN THE BACK OF THE HEAD WE HAD POISONOUS BROWN RECLUSE BANANA Spiders biting PEOPLE AT RESPONDENT'S FACILITY BUT I GOT SIMPLE CREME AND APPLIED FIRST AID AND IT IS HEALING UP, BUT THIS ACTUALLY DID HAPPEN TO THIS PETITIONER/CLAIMANT, AND IT COULD VERY EASILY HAVE BEEN SERIOUS MEDICAL DELICK LICTION OF DUTY RESULTING IN DEATH, AND WHO YOU GONNA CALL IN THE HOLE? WHe

4

COUNT 2 CONTINUED

..... WHO WOULD OR COULD YOU CALL IN THE HOLE (SIC) SOLITARY CONFINEMENT AS INDIVIDUALS FOUND ALL DAY ON THE GLASS OR DOORS AND THE RESPONDENTS PRETTY MUCH IGNORE THE LIVING HELL OUT OF YOU, FOR SURE, AND RATHER DELIBERTLY!! I WOULD NOT CONSIDER IT UNREASONABLE TO CALL A SPADE A SPADE DUE TO THE DELIBERTNESS WITH FULL KNOWLEDGE I WOULD CALL IT ATTEMPTED MURDER EVEN THOUGH THE ACCOMPLICES WERE TIME AND CIRCUMSTANCES, DELIBERATE CRIMINAL NEGLIGENCE, IT ALL ADDED UP TO THE SAME RESULT! I WOULD CITE CAMERON VS. SARRAF, 128 F. SUPP 2d 906, (E.D. VIRGINIA 2000 CASE) AS A SYMILAR TYPE 8th AMENDMENT U.S, CONSTITUTION VIOLATION OF A PRISONER IN CUSTODY IN VIOLATION OF LAW AND THE 1997 FEDERAL PRISONERS REFORM ACT. ALSO SEE.... OXENDINE VS. KAPLAN 241 F.3d 1272 (10 CIR C.A. 2001 CASE) ALSO SEE..... NAPIER VS. MADISON COUNTY KENTUCKY 238 F3d. 739 (6th CIR C.A. 2001 CASE

## COUNT 3

PETITIONER/CLAIMANT REARGUES ALL PREVIOUS ARGUMENTS AS IF SO ORIGINALLY ARGUED SAME HERE, AND MAKE/BRINGS A FURTHER JUST AND LAWFUL COMPLAINT AS FOLLOWS: THAT THE RESPONDENT(S) DID CAUSE THE PETITIONER/CLAIMANT TO BE FALSLEY ARRESTED, FALSE IN PRISONED, AND MALICIOUSLY PROSECUTED ALL IN VIOLATION OF LAW AND DONE DELIBERATELY IN 100% FRAUD, AND ALL ARE ABSOLUTE FELONIES, PERJURY, OBSTRUCTION OF JUSTICE, FILING FALSE POLICE REPORTS/BARRETRY, AND ALL ARE TREASON IN FACT, OF WHICH ALL ARE CRIMINAL FELONIES IN FACT, BREACHES OF ALL PARTIES SWORN OATH OF OFFICE JUST TO NAME A FEW BASIC VIOLATIONS OF LAW AND THE BASIC CONSTITUTIONAL RIGHTS OF THIS PLAINTIFF(S) Petitioner CONSTRUCTIVE FORMAL NOTICE OF FELONIES IS HEREIN GIVEN ON THE RECORD.

## COUNT 4

PETITIONER / CLAIMANT REARGUES ALL PREVIOUS ARGUMENTS
COMPLAINTS AS IF ORIGINALLY ARGUED SAME HERE, AND MAKES /
BRINGS A FURTHER COMPLAINT AND STATES FOR THE RECORD AS
FOLLOWS PETITIONER/CLAIMANT   Just AND LAWFUL COMPLAINT:
THAT THE RESPONDENT(S) DID WANTONLY, WILLFULLY, OPENLY, AND
MALICIOUSLY DENY TO THIS PETITIONER/CLAIMANT  BASIC RIGHTS
TO DUE PROCESS OF LAW, EQUAL PROTECTION OF THE LAW AND THE
PROTECTION OF THE COURTS, TIMELY ACCESS TO THE COURTS BY
DELIBERATE PLAN OF RESPONDENT(S), WHO WHILE I WAS LOCKED UP
ESPECIALLY IN THE HOLE (SIC) Solitary CONFINEMENT RESPONDENT(S)
HELD EX-PARTE HEARINGS TOTALLY WITHOUT THE PETITIONER/
CLAIMANT  HAVING AN OPPORTUNITY TO BE PRESSENT, AND
THE PETITIONER/ CLAIMANT  HAD OFFICIALLY DECLARED
HIMSELF AS HIS OWN COUNSEL/ATTORNEY FORSAKING AND
REFUSING ALL OTHER ATTORNEYS, APPEARING IN PROPRIA
PERSONA AS HIS OWN COUNSEL/SUITOR/ATTORNEY ON THE RECORD
ON PLEADINGS AND COURT DOCUMENTS/APPEARANCES, AND THEN
RESPONDENT(S) JUST TOOK A STAND By ATTORNEY AND MADE
THAT ATTORNEY STAND IN FOR THE PETITIONER/CLAIMANT
AND PSYCIATRIC/FORENSIC HEARINGS, Decisions, AND ORDERS OF
THE COURT WERE ENTERED AND THE PETITIONER/CLAIMANT
OBJECTED VEHEMENTLY WHEN OF COUSE HE FOUND OUT, USUALLY
TO LATE, AND I ENTERED WRITTEN OBJECTIONS FORMALLY ON THE
RECORD the JUDGE Terrence P. BRONSON (P-26847) JUST IGNORED TOTALLY
EVERYTHING TO THE INJURY OF THIS PETITIONER/CLAIMANT ! THE
PETITIONER / CLAIMANT  WAS ABRUPTLY TAKEN FORCEFULLY TO
THE STATE OF Michigan FORENSIC Psychiatric CENTER Hospital
At YPSILANTI STATE HOSPITAL, FORCED TO PARTICIPATE IN A SHAME
PSYCHIATRIC EVALUATION AND OF COURSE THE PETITIONER/CLAIMANT
APPARENTLY  HAD TO BE MENTALLY ILL, PSYCOTIC, AND IN SERIOUS
NEED OF FURTHER EVALUATION AND CONSTANT STUDY. NOW THIS
WAS ALL SYSTEMATICALLY, DELIBERATELY DONE BY THESE RESPONDENT(S)

## COUNT 4 CONTINUED

WITH THE ABSOLUTE DELIBERATE PURPOSE OF DENYING THIS PETITIONER/CLAIMANT Due PROCESS OF LAW AND EQUAL PROTECTION OF THE LAW MAINLY BECAUSE THE RESPONDENT(S) COULD NOT EVEN ANSWER THE PETITIONER/CLAIMANT LEGAL PLEADINGS, AFFIDAVITS AND BRIEFS, AND THE RESPONDENT(S) WERE CLEARLY IN DEFAULT MICHIGAN COURT RULES 2.108(b), 2.111(e), 2.114(A) THRU(F), 2.603 Default 2.116(C)(1) THRU(10) AND THE RESPONDENT(S) DELIBERATELY DID ALL THESE FELONIOUS Acts to EVADE RESPONSIBILITY FOR ALL THEIR PREVIOUS VIOLATIONS OF THE BASIC CONSTITUTIONAL RIGHTS OF THIS PETITIONER/CLAIMANT. ALL ACTS DONE BY RESPONDENT(S) ARE DONE IN VIOLATION OF LAW AND THE BASIC CONSTITUTIONAL RIGHTS OF THIS PETITIONER/CLAIMANT! ALL FELONIES, PLEASE SEE TITLE 18 U.S.CODE SECTIONS 241-242, TITLE 42 U.S. CODE SECTIONS 1983, 1985, AND 1986, AND FURTHER TITLE 5 U.S. CODE SECTIONS 557 AND 706. SAID VIOLATIONS ARE A MATTER OF THE RECORD AND ARE ALL WELL DOCUMENTED IN FACT. THIS IS TOTALLY TRUE IN FACT! RESPONDENT(S) KIND OF GOT A REKNOWNED REPUTATION FOR OPERATING TOTALLY ABOVE THE LAW IN MONROE COUNTY AND RESPONDENT(S) RATHER BRAZENLY AND OPENLY I MIGHT ADD WITH IMPUNITY DO WHAT THE DAMN WELL PLEASE AND THE LAW ..... WHAT IS THAT?...... IT IS WHAT RESPONDENT(S) SAY IT IS IN MONROE COUNTY!!! FOR SURE!!! THE CONSTITUTION OF THESE UNITED STATES OF AMERICA OR ANY State of Michigan CONSTITUTION 1837, 1850, 1908, 1963 DOES <u>NOT</u> EXIST IN Monroe, Michigan Foooooooooorrr Suuuuuurrrre !! THIS IS A FELONY!

## COUNT 5

The PETITIONER/CLAIMANT REARGUE EVERYTHING AS IF SO ORIGINALLY ARGUED HERE, AND FURTHER CHARGE THE RESPONDENT(S) WITH 100% FRAUD IN FACT, FOR THE DELIBERATE, WILLFULL, WANTON DISREGARD OF THE LAW AND BASIC CONSTITUTIONAL RIGHTS OF THIS PETITIONER/CLAIMANT. SEE FURTHER ATTACHED;

COUNT 5 CONTINUED

FRAUD Defined IN BLACK'S LAW DICTIONARY 6th edition pg.660

FRAUD:
An intentional perversion of truth for the purpose of
inducing another in reliance upon it to part with some
VALUABLE THING belonging to him/her, or to surrender a
legal right. A false representation of a matter of FACT, whether
by WORDS, or conduct

ANY KIND OF SILENCE, MISINFORMATION, AND/OR DISINFORMATION
EQUATES WITH FRAUD/DOLUS.   SEE U.S. V. PRUDDEN, 424 F2d 1021;
U.S. V. TWEEL, 550 F2d 297 AT 299-300; AND CARMINE V.
BOWEN, 64 A. 932. A PERSON WHO, KNOWING THE STATEMENT IS
FALSE, MAKES A MATERIALLY FALSE STATEMENT IN A COMPLAINT
IS GUILTY OF PERJURY, A FELONY PUNISHABLE BY IMPRISONMENT
FOR NOT MORE THAN 15 YEARS, AND IN ADDITION, IS IN CONTEMPT OF
COURT, MCL 764.1e.  WOMACK V. STATE, 285 SW2d 141.

## COUNT 6

PETITIONER/CLAIMANT ALLEGE ALL COMPLAINTS AS
IF REARGUED ANEW HERE AND FUTHER ALLEGE A
R.I.C.O. COMPLAINT.

## COUNT 7

PETITIONER/CLAIMANT ALLEGES ALL COMPLAINTS AS
IF REARGUED ANEW HERE AND FURTHER ALLEGE
SLAVERY, INVOLUNTARY SERVATITUDE,
PEONAGE, SELL PEOPLE INTO SLAVERY
IN VIOLATION OF LAW! SEE 13TH Amendment
U.S. CONSTITUTION AND TITLE 42 U.S. CODE
SECTION 1994 AND BOND SET FILES WITH CUSIP
NOS. AS BILLS OF LADING, CARGO MINIFEST,
SLAVE I.d. NO. IDENTIFICATION

## COUNT 8

PETITIONER/CLAIMANT Alleges All Complaints AS IF
REARGUED ANEW HERE AND FURTHER Allege The
PETITIONER Possession OF FIRE ARMS During the
COMMISSION OF A FELONY. M.C.L.A. 750.227(b)

## COUNT 9

PETITIONER/CLAIMANT Alleges All COMPLAINTS AS IF
REARGUED ANEW HERE AND FURTHER Allege the RESPOND:
DELIBERATE DERELICTION AND NEGLECT OF SWOR
DUTY TO INCLUDE VIOLATION OF SWORN OATH C
OFFICE AND PERJURY 18 U.S. CODE 1(
MCLA 750.422

## COUNT 10

PETITIONER/CLAIMANT Alleges All Complaints AS IF
REARGUED ANEW HERE AND FURTHER Allege THE RESPONDEN
DELIBERATE BREACH OF THE 1997 PRISONER'S REFORM ACT, W
IS A FELONY FOR SURE.

## COUNT 11

PETITIONER/CLAIMANT ALLEGES ALL COMPLAINTS AS IF REARGUED ANEW HERE AND FURTHER ALLEGE: DELIBERATE CONSPIRACY TO VIOLATE BASIC CONSTITUTIONIAL RIGHTS OF THIS PETITIONER/CLAIMANT IN VIOLATION OF LAW. SEE U.S. CONSTITUTION State of Michigan (4) Four CONSTITUTIONS 1835[(1)], 1850[(2)] 1908[(3)], 1963[(4)], ALSO SEE TITLE 18 UNITED STATES CODE SECTIONS 241 AND 242. TITLE 42 U.S. CODE SECTIONS $\S\S$ 1983, 1985, 1986. ALSO SEE 18 U.S. CODE SECTIONS $\S\S$ 2381, 2382, 2383, AND 2384 "TREASON" AND TITLE 28 U.S. CODE SECTIONS 1331, 1333 SAVING TO SUITORS, 1361 MANDAMUS TO COMPEL SWORN OFFICERS TO DO DUTY, 1441. JURISDICTION AND REMOVAL TO U.S. FEDERAL COURT.

## COUNT 12

PETITIONER/CLAIMANT ALLEGES ALL COMPLAINT(S) AS IF REARGUED ANEW HERE AND FURTHER ALLEGES FOR THE RECORD: THAT RESPONDENT(S) DID DELIBERATELY WITH MALICE AND FORETHOUGHT DID INGAGE IN A DELIBERATE PLAN AND ACTION TO SLANDER, LIBEL, AND DEFAME THE GOOD NAME AND GOOD CHARACTER TO HOLD THE PETITIONER/CLAIMANT OUT TO PUBLIC RIDICULE WITH PETITIONER/CLAIMANT IS NUTTS, CRAZY, PSYCHOTIC, GAY, TROUBLE MAKER, AND OTHER SUCH DEROGATORY TYPE OFFICIALDOM TYPE LABELING TO DISCREDIT THE PETITIONER/CLAIMANT thereby TORTIOUSLY INJURING IRREPARABLY BY DAMAGING HIS GOOD NAME AND REPUTATION TO GAIN FRAUDULENT, UNFAIR Advantage OVER PETITIONER/CLAIMANT TO DENY TO HIM Due PROCESS OF LAW, AND EQUAL PROTECTION UNDER THE LAW SEE TITLE 5 U.S. CODE SECTIONS #557 AND #706 ALL OF WHICH ARE A FELONY. CONSTRUCTIVE NOTICE IS HEREIN GIVEN!

## COUNT 13

PETITIONER / CLAIMANT ALLEGES ALL COMPLAINTS AS IF
REARGUED ANEW HERE, AND FURTHER ALLEGES: RESPONDENT(S)
The state of Michigan, AND it OFFICERS, AGENTS, ASSIGNS,
ACTORS, EMPLOYEES, CONTRACTORS, COUNSELORS HAVE ENGAGED
IN A DELIBERATE ABUSE OF THE BASIC CONSTITUTIONAL RIGHTS
OF THIS PETITIONER / CLAIMANT AND I CAN DOCUMENT
THE FRAUDULENT, MALICIOUS PROSECUTIONS, FALSE COMPLAINTS,
AND I CAN DOCUMENT BACK OVER 30 PLUS YEARS OF CONSIDERABLE
ABUSE OF PROCESS, SELECTIVE PERSECUTIONS MALICIOUS AND
FALSE ARREST, FALSE IN PRISONMENTS AND MALICIOUS Prosecutions
AND I BRING THIS COUNT TO DELIBERATELY SHOW THAT
CURRENTLY THE RESPONDENTS ARE DELIBERATELY CONTINUING
THIS UNLAWFUL ABUSE UNABATED. ALSO SEE STREIT US. COUNTY
OF LOS ANGELES 236 F3d 552 (9 CIR C.A. 2001 CASE) FALSE ARREST DETENTION

## COUNT 14

PETITIONER / CLAIMANT ALLEGES ALL COMPLAINTS AS IF REARGUED
ANEW HERE, AND FURTHER ALLEGES: THAT RESPONDENTS DID
INTERFER, TAMPER WITH, ABSCOUND WITH THE U.S. MAIL OF
THIS PETITIONER / CLAIMANT TO HARASS, INTIMIDATE, INJURE AND
INTERFER WITH PETITIONER / CLAIMANT'S MAIL / COURT PAPERS,
AND SAID ACTS ARE A FEDERAL FELONY UNDER TITLE 18,
SECTIONS, 1341 + 1342 NOTICE OF FELONY IS HERE IN GIVEN.
SEE BALLANCE US. YOUNG 130 F. SUPP 2nd 762 (W.D. Va. 2000 CASE)
CORRECTIONS CASE LAW QUARTERLY MAY 2001 BY HON ROBERT MEYERS

## COUNT 15

PETITIONER / CLAIMANT ALLEGE ALL COMPLAINTS AS IF
REARGUED ANEW HERE, AND FURTHER Alleges: THAT RESPONDENT(S)
REFUSED LAWFUL SERVICE OF A VALID PETITIONER / CLAIMANT'S
"PETITION FOR WRIT OF HABEAS CORPUS" WHICH WAS DIRECTLY
HANDED TO RESPONDENT(S) CORRECTIONAL OFFICER NICHOLSON
PERSONALLY WHO REFUSED SERVICE NICHOLSON SAID ON ORDERS
DIRECTLY FROM HON. TILLMAN L. CRUTCHFIELD, SHERIFF MONROE
COUNTY. THIS IS A FELONY UNDER 28 U.S. CODE, SECTION 2254,
AND 2255 PRISONER IN CUSTODY. CONSTRUCTIVE NOTICE IS HERE
IN GIVEN ON THE RECORD.'

COUNT 16

PETITIONER/CLAIMANT ALLEGES ALL COMPLAINTS AS IF REARGUED ANEW HERE AND FURTHER ALLEGES: THAT I WAS ARRESTED FOR ALLEGEDLY POSSESSING FIREARMS AND KNIVES ON AUGUST 11, 2004. THE COMPLAINT FELONY AND WARRANT FELONY FAILS TO STATE JURISDICTION AND STANDING. IT'S A MAXIM OF LAW THAT, ONCE CHALLENGED, THE PERSON ASSERTING JURISDICTION MUST PROVE JURISDICTION TO EXIST AS A MATTER OF LAW. McNUTT V. G.M., 56 S.CT. 789, 80 L.Ed. 435; GRIFFIN V. MATHEWS, 310 SUPP. 341, 423 F.2d 272; BASSO V. U.P.L. 495 F.2d 906; THOMSON V. GASKIEL, 62 S.CT. 673, 83 L.Ed. 111. ACCORDING TO TITLE 5 USC § 556 (9), THE STATUTE STATES AS FOLLOWS:

"EXCEPT AS OTHERWISE PROVIDED BY STATUTE, THE PROPONENT OF A RULE OR ORDER HAS THE BURDEN OF PROOF."

ON THE COMPLAINT FELONY AND WARRANT FELONY, THE DOCUMENTS CLAIM THAT THE VICTIM OR COMPLAINANT IS "MONROE CO SHERIFF." "MONROE CO SHERIFF" IS NOT A HUMAN BEING, BUT A CORPORATION/ GOVERNMENT AGENCY. I, Richard John Champion AM NOT A CORPORATION AND/OR AN ARTIFICIAL PERSON, BUT A LIVE HUMAN BEING. ACCORDING TO PART I, CHAPTER I, ARTICLE 1(2); AND PART I, CHAPTER II, ARTICLE 3 OF THE AMERICAN CONVENTION ON HUMAN RIGHTS, I HAVE THE RIGHT TO RECOGNITION AS A HUMAN BEING BEFORE THE LAW. I, Richard John Champion THE HUMAN BEING AM NOT THE ARTIFICIAL PERSON OF RICHARD JOHN CHAMPION (ALL CAPITAL LETTERS) THE DEFENDANT AS INDICATED ON THE COMPLAINT FELONY AND WARRANT FELONY. ACCORDING TO ENGLISH GRAMMAR, CAPITALIZING AN ENTIRE NAME DOES NOT REFERENCE A HUMAN BEING. ACCORDING TO PART I, CHAPTER II, ARTICLE 18 OF THE AMERICAN CONVENTION ON HUMAN RIGHTS, THE

PROTOCOL SPECIFICALLY STATES THAT:

ARTICLE 18, RIGHT TO A NAME

"EVERY PERSON HAS THE RIGHT TO A GIVEN NAME AND TO THE SURNAMES OF HIS PARENTS OR THAT OF ONE OF THEM. THE LAW SHALL REGULATE THE MANNER IN WHICH THIS RIGHT SHALL BE ENSURED FOR ALL, BY THE USE OF ASSUMED NAMES IF NECESSARY."

RESPONDENT(S) HAVE FAILED TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AS THE COMPLAINT FELONY AND THE WARRANT FELONY FAILS TO STATE JURISDICTION OR STANDING BY AFFIDAVIT AS THE VICTIM OR COMPLAINANT DID NOT STATE ANY LAWS OR EVIDENCE THAT MY PARENTS GAVE ME THE ALL CAPITAL NAME OF RICHARD JOHN CHAMPION, AN ARTIFICIAL PERSON. ACCORDING TO U.S. SUPREME COURT CASE PENHALLOW V. DOANE'S ADMINISTRATORS, 3 U.S. 1 L.ED. 57; 3 DALL. 54, DEFINES GOVERNMENTS SUCCINCTLY:

" "( GOVERNMENTS ARE CORPORATIONS." INASMUCH AS EVERY GOVERNMENT IS AN ARTIFICIAL PERSON, AN ABSTRACTION, AND A CREATURE OF THE MIND ONLY, A GOVERNMENT CAN INTERFACE ONLY WITH OTHER ARTIFICIAL PERSONS. THE IMAGINARY - HAVING NEITHER ACTUALITY NOR SUBSTANCE - IS FORECLOSED FROM CREATING AND ATTAINING PARITY WITH THE TANGIBLE. THE LEGAL MANIFESTATION OF THIS IS NO GOVERNMENT, AS WELL AS ANY LAW, AGENCY, ASPECT, COURT, ETC, THEREOF, CAN CONCERN ITSELF WITH ANYTHING OTHER THAN CORPORATE, ARTIFICIAL PERSONS AND THE CONTRACTS BETWEEN THEM."

I, Richard John Champion, CONTEST UNDER LIBEL OF REVIEW, THE JURISDICTION AND STANDING OF RESPONDENT(S), THE 1ST DISTRICT COURT, AND THE "VICTIM OR COMPLAINANT" AS THEY ARE CORPORATIONS AND I AM A LIVE HUMAN BEING UNDER INCERATION. RESPONDENT(S) HAVE NO JURISDICTION OVER ME AS THE RESPONDENT(S), THE 1ST DISTRICT COURT AND THE VICTIM OR COMPLAINANT CAN ONLY INTERFACE WITH OTHER ARTIFICIAL PERSONS.

13

THE COMPLAINT FELONY AND THE WARRANT FELONY FAILS TO STATE A
CLAIM UPON WHICH RELIEF CAN BE GRANTED BY FAILING TO STATE
JURISDICTION/STANDING THAT, I, Richard John Champion, A
LIVING HUMAN BEING IS AN ARTIFICIAL PERSON SUBJECT TO
INTERFACE WITH OTHER ARTIFICIAL PERSONS, PARTICULARLY WITH
THE 1ST DISTRICT COURT AND THE VICTIM OR COMPLAINANT.
ONCE JURISDICTION IS RAISED, IT MUST BE PROVEN. HAGENS V.
LAVINE, 415 U.S. 553, NOTE 3. JURISDICTION MUST BE
AFFIRMATIVELY SHOWN AND WILL NOT BE PRESUMED. SPECIAL INDEM.
FUND V. PREWITT, 205 F2d 306, 201 OK. 308.

## COUNT 17

PETITIONER / CLAIMANT   ALLEGES ALL COMPLAINTS AS IF RE-ARGUED ANEW HERE AND FURTHER ALLEGES: THAT RESPONDENTS DELIBERATELY WITH MALICE AND FORETHOUGHT DID WILLFULLY DENY PETITIONER /CLAIMANT . CONSTITUTIONALLY GUARANTEED RIGHT TO KEEP AND BEAR ARMS FOR THE PROTECTION OF PETITIONER/ CLAIMANT'S LIFE IN TOTAL VIOLATION OF THE 2nd Amendment U.S. CONSTITUTION AND ARTICLE 1 Section 6 STATE OF Michigan Const. OF 1963 — "" ALSO 1835-1850 - 1908 - 1963 ALL SUCH ACTION ARE 100% UNCONSTITUTIONAL IN FACT, ALL RESPONDENT'S COMPLAINTS BEFORE THE COURT ARE 100% FRAUD IN FACT AND ALL SUCH ACTIONS ARE ALSO FRAUD AND A VIOLATION OF PETITIONER/CLAIMANT'S BASIC CONSTITUTIONAL RIGHTS SEE TITLE 18 U.S. CODE Sections 241 - 242 AND TITLE 42 U.S. CODE SECTIONS, 1983, 1985, AND 1986 ALL ARE FELONIES. CONSTRUCTIVE NOTICE IS GIVEN FORMALLY! IT ALSO IS A BREACH OF ANY OATH OF OFFICE!

## COUNT 18

PETITIONER/ CLAIMANT   ALLEGES ALL COMPLAINTS AS IF RE-ARGUING ANEW HERE, AND FURTHER Alleges: THAT RESPONDENTS DID PARTICIPATE IN A SERIOUS OVERCROWDING OF PRISONERS, THAT IN A HOLDING DRUNK TANK CELL THE RESPONDENTS would put (33 - To - 36) Thirty-three to thirty-six human beings IN VARING STAGES OF SOBRIETY, PUKED ON CLOTHES AND ALL FROM VARING SEGEMENTS OF ALL SOCIETY, AND HABITUAL JONES PROBLEMATIC SCENARIOS IN A ROOM NO BIGGER THAN 8-10'FT BY 12 To 16'FT long and every square inch of the floor area would have a body in it in what ever condition imagined, AND it would get very, VERY WARM IN THERE, AND SOMEONE would Always NEED to use the toilet sink AREA FOR THROWING UP or WHAT EVER, AND THE SMELL IN THERE WOULD GAG A MAGGET AND THAT SAID RESPONDENT(S) ACTIONS CLEARLY WERE IN GRAVE SERIOUS BAD JUDGEMENT WISE Just FROM A BOARD OF HEALTH STANDARD AND FURTHER ARE IN VIOLATION OF THE 1997 FEDERAL PRISONER REFORM ACT AND MOST COUNTRIES HUMAN RIGHTS AGREEMENTS, "THE ROME TREATY" WITH THE U.N. GENEVA CONVENTION, RED CROSS STANDARDS AND STANDARDS ON THE UNITED STATES FEDERAL DISTRICT COURT ORDERS. SEE ORDERS Hon. DENISE HOOD CONCERNING PRISON /JAIL OVERCROWDING. SEE CORRECTIONS CASELAW QUARTERLY HON. ROBERT MEYERS

... AND FURTHER ARE A VIOLATION OF THE BASIC CONSTITUTION RIGHTS OF THE PETITIONER / CLAIMANT AND SAID VIOLATIONS ARE A FELONY. SEE 18 U.S. CODE SECTIONS 241-242 AND TITLE 42, U.S. CODE Section 1983, 1985, 1986, NOTICE OF FELONY IS HERE IN GIVEN. IT FURTHER REPRESENTS PRISONER ABUSE SYMILAR TO ABUSES OF PRISONERS IN IRAC WHICH IS CLEARLY IRREPREHENSIBLE AND BORDER ON HATE CRIMES FOR A CIVILIZED SOCIETY TO TOLORATE AT ALL ESPECIALLY CLAIMING TO BE A FREE COUNTRY.                    COUNT 19

PETITIONER / CLAIMANT ALLEGES ALL COMPLAINTS AS IF REARGUED ANEW HERE, AND FURTHER ALLEGES THAT THE RESPONDENT(S) DID FACTUALLY COMMIT CAPITOL FELONY "TREASON" AGAINST THE Sovereign People AND GOVERNMENT OF THESE UNITED STATES OF AMERICA AND THE Sovereign State of Michigam. SAID FELONIOUS ACTS ARE ALL PUNISHABLE BY HANGING to DEATH FOR HAVING GIVEN AID AND COMFORT TO THE ENEMIES OF THIS GREAT COUNTRY there by causing Chaos, REBELLION, AND ANARCHy SAID ACT ARE ALSO FELONIES. TITLE 18 U.S. CODE SECTIONS 2381, 2382, 2383, 2384. NOTICE OF FELONY IS HERE IN GIVEN! THANK YOU JUDGE FOR YOUR VERY PRECIOUS TIME AND TROUBLE.

DATE Nov. 27, 2004        Champion Richard John    Carl E. Miller

CHAMPION RICHARD JOHN, A STRAW MAN
A/K/A Carl Edward,, Miller, my Actual
APPEARING IN PROPPIA PERSONA Christian NAME ON my
OWN BEHALF AS MY OWN COUNSEL.

16

## IN SUMMATION

I HAVE BEEN ARRESTED AND HAVE BEEN REFUSED DUE PROCESS OF THE LAW, EQUAL PROTECTION OF THE LAW, AND THE PURSUIT OF HAPPYNESS. I HAVE NOT BEEN ARRAIGNED TO PLEAD NOT GUILTY. I HAVE NOT HAD A JURY TRIAL AS I HAVE BEEN CHARGED WITH 7 CRIMINAL OFFENSES. I HAVE NOT HAD MY MOTIONS HEARD. COURT APPOINTED ATTORNEYS HAVE BEEN FORCED UPON ME WITHOUT MY CONCENT OR CONTRACT. I HAVE BEEN CHARGED THAT I AM MENTALLY ILL FOR ARGUING JURISDICTION. THIS IS HOW THEY EVADE PROVING JURISDICTION, CLAIMING I'M MENTALLY ILL. THE OTHER DEFENDANT(S) FROM THE YPSILANTI CENTER FOR FORENSIC PSYCHIATRY HAVE LIED ON COURT RECORD AND ARE NOW LIABLE FOR THEIR ACTIONS. I HAVE BEEN DENIED MY OWN PROFESSIONAL PSYCHIATRIST. I ALSO CONTEST THE RESPONDENT(S) QUALIFICATIONS OF RENDERING ME MENTALLY ILL. ANY KIND OF ILLNESS, IT IS A COMMON PRACTICE FROM INSURANCE COMPANIES TO GET A SECOND OR THIRD OPINION. THERFORE, I DEMAND MY OWN PSYCHIATRIST OF MY OWN CHOOSING FOR A SECOND OR THIRD OPINION. WHY AM I BEING DENIED MY OWN DOCTOR?

I AM ALSO BEING DENIED ACCESS TO DOCTORS, I AM BEING DENIED ACCESS TO GETTING MAIL AND SENDING MAIL. I AM BEING DENIED ACCESS TO DEFEND THE CHARGES, NO PAPER TO WRITE, NO LAW BOOK FOR RESEARCH, NO PHONE CALLS, NO VISITORS, NOTHING, I AM ALSO BEING DENIED THE BASIC NOURISHMENTS FROM THE 4 FOOD GROUPS. NOW THEY ARE TRYING TO PUT ME ON DRUGS TO EFFECT MY MENTAL CAPICITY TO MAKE ME INCOHERENT.

# PRAYER FOR RELIEF

WHERE FORE I PRAY FOR THE JUST AND LAWFUL RELIEF

1) I AM ASKING FOR 500 BILLION TROY OUNCE BAR UNITES OF GOLD PURITY .999 FINE.

2) AN INJUCTION PEACE BOND P.P.O, with $500,000.00 DOLLAR PEACE BOND TO INSURE PETITIONER/CLAIMANT'S QUIET ENJOYMENT OF RIGHT S

3) EXPUNGEMENT IN TOTAL MY GOOD NAME

4) SUCH OTHER AND FURTHER RELIEF THE COURT MAY DEEM NECESSARY AND PROPER

5) I REQUEST THAT I BE IMMEDIATELY RELEASED AS THE 1ST DISTRICT COURT HAS NO JURISDICTION, OR IN THE ALTERNATIVE, THAT I BE IMMEDIATELY RELEASED UNDER PERSONAL BOND UNTIL THE CONTROVERSY IS HEARD BY A JURY AND/OR UNTIL THE ENTIRE APPEAL PROCESS HAS BEEN FULLY EXHAUSTED. IF THE RESPONDENT(S) CANNOT PROVE JURISDICTION AND/OR STANDING WITHN 20 DAYS OF BEING SERVED WITH THE SUMMONS AND COMPLAINT, I WILL PRESUME THAT JURISDICTION AND STANDING DOES NOT EXIST WHERE I AM ENTITLED TO THE RELIEF REQUESTED.

# AFFIDAVIT OF VERIFICATION

NOW COMES CHAMPION RICHARD JOHN, A STRAWMAN, A/K/A Carl Edward,, Miller My Actual Christian Name AND FIRST BEING DULY SWORN ON OATH I DO SOLMNLY SAY AND DEPOSE THE FOLLOWING:

1) I AM THE ABOVE NOTED AFFIANT.

2) I AM OF PROPER AGE OF DISCRETION AND GOOD MENTAL CAPACITY AND I HAVE FIRST HAND KNOWLEDGE AND I CAN TESTIFY TO SAME. I HAVE READ IT AND TO THE BEST OF MY KNOWLEDGE IT IS TRUE,

3) I HAVE NOT FILED THIS AFFIDAVIT FOR ANY UNLAWFUL OR IMPROPER PURPOSE OR TO RESTRAIN ANY OFFICER IN HIS/HER LAWFUL DUTIES

4) I HAVE BEEN IRREPARABLY HARMED BY THESE RESPONDENTS AND WILL BE FURTHER IRREPERABLY HARMED IF THIS HONORABLE COURT WILL NOT GRANT ME JUST AND LAWFUL RELIEF AS REQUESTED TIMELY OF THIS HONORABLE COURT

5) FURTHER AFFIANT SAYETH NOT

DATE NOV 20, 2004

Respectfully Submitted,
Champion Richard Carl E. Miller
CHAMPION RICHARD JOHN A STRAWMAN A/K/A Carl Edward,, Miller my ACTUAL CHRISTIAN NAME

WITNESS
WITNESS

NOTARY PUBLIC

MY COMMISSION EXPIRES

19

## CERTIFICATE OF SERVICE

NOW COMES, CHAMPION RICHARD JOHN, A Strawman A/K/A Carl Edward,, Miller, My Actual Christian NAME, AND APPEARING IN PROPRIA PERSONA ON MY OWN BEHALF AS MY OWN COUNSEL AND I DO HERBY CERTIFY THAT I HAVE THIS DAY AND DATE SERVED RESPONDENT'S AGENT/ ATTORNEY..... Notice to the Agent is Notice TO THE PRINCIPAL, by PLACING A TRUE COPY OF THE PETITIONER'S PAPERS, PLEADINGS, BRIEFS, COMPLAINTS AND BY PLACING SAME IN A SEALED ENVELOPE WITH PROPER POSTAGE AFFIXED There to AND DEPOSITING SAME IN THE OFFICE OF THE U.S. MAIL Sent to the BELOW LISTED PARTIES ON THIS DATE.

Most Respectfully Submitted,

DATE Nov 27, 2004  Champion Richard & Carl C Miller

CHAMPION RICHARD JOHN, A STRAWMAN A/K/A Carl Edward,, Miller, My ACTUAL Christian NAME, Appearing IN PROPRIA PERSONA ON MY OWN BEHALF AS MY OWN COUNSEL

OPPOSING PARTY / COUNSEL LISTED BELOW
Hon. Michael A. Weipert, Esquire (P-35080)
The PROSECUTING ATTORNEY FOR MONROE COUNTY
OFFICE OF THE PROSECUTOR; MONROE County
125 E. SECOND Street
MONROE, Michigan 48161-2163
Ph# (734) 240-7600

20

RESPONDENTS/LIBELANTS INFORMATION FROM 1ST PAGE

RESPONDENTS/
LIBELANTS ONE: JENNIFER M. GRANHOLM, GOVERNOR
CAPITOL BUILDING, P.O. BOX 30013
LANSING, MI 48909

RESPONDENTS/
LIBELANTS TWO: COUNTY OF MONROE, A MUNICIPAL CORPORATION
125 EAST 2ND ST., 1ST FLOOR
MONROE, MI 48161

RESPONDENTS/
LIBELANTS THREE: MONROE COUNTY JAIL, A CORPORATION
100 EAST 2ND STREET
MONROE, MI 48161

RESPONDENTS/
LIBELANTS FOUR: CITY OF MONROE, A MUNICIPAL CORPORATION
120 EAST 1ST STREET
MONROE, MI 48161

RESPONDENTS/
LIBELANTS FIVE: MICHAEL WEIPERT, MONROE COUNTY PROSECUTOR
125 E. SECOND ST.
MONROE, MI 48161

RESPONDENTS/
LIBELANTS SIX: STATE OF MICHIGAN, A MUNICIPAL CORPORATION
G. MENNEN WILLIAMS BUILDING, 7TH FLOOR
525 W. OTTAWA ST.
LANSING, MI 48909

RESPONDENTS/
LIBELANTS SEVEN: TILMAN CRUTCHFIELD, MONROE COUNTY SHERIFF
100 E. 2ND ST.
MONROE, MI 48161

RESPONDENTS/
LIBELANTS EIGHT: MONROE COUNTY SHERIFF, A MUNICIPAL CORPORATION
100 E. 2ND ST.
MONROE, MI 48161

RESPONDENTS/
LIBELANTS NINE: CHRISTINE NEGENDANK, PSYCOLOGIST
331 EMIG RD.
YPSILANTI, MI 48197

RESPONDENTS/
LIBELANTS  TEN: KATHRYN J. EDNIE, ASSISTANT
                331 EMIS RD.
                YPSILANTI, MI 48197

RESPONDENTS/
LIBELANTS  ELEVEN: WILLIAM H. MEYER, DIRECTOR
                331 EMIS RD.
                YPSILANTI, MI 48197

RESPONDENTS/
LIBELANTS  TWELVE: THOMAS SHAZER, PHD
                331 EMIS RD.
                YPSILANTI, MI 48197

RESPONDENTS/
LIBELANTS  THIRTEEN: JANET OLSZEWSKI
                331 EMIS RD.
                YPSILANTI, MI 48197

RESPONDENTS/
LIBELANTS  FOURTEEN: YPSILANTI CENTER FOR FORENISIC
                                        PSYCHIATRY
                331 EMIS RD.
                YPSILANTI, MI 48197

# CIVIL COVER SHEET FOR PRISONER CASES — *HABEAS*
## TO BE FILED IN DUPLICATE WITH EVERY NEW CIVIL ACTION

| Name of 1st Listed Plaintiff | Name of 1st Listed Defendant |
|---|---|
| **Richard John Champion** | **Judge Terrence P. Bronson** |
| **Inmate Number: 105012** | **Wayne**<br>Defendant's County of Residence (If Located in Michigan) |

**FACILITIES, LISTED ALPHA BY CITY:**

☐ PARR HIGHWAY CORRECTIONAL FACILITY
2727 E. BEECHER STREET
ADRIAN, MI 49221

☐ GUS HARRISON CORRECTIONAL FACILITY
2727 E. BEECHER STREET
ADRIAN, MI 49221
**LENAWEE COUNTY CODE: 26091**

☐ BARAGA MAXIMUM CORRECTIONAL FACILITY
301 WADAGA ROAD
BARAGA, MI 49908
**BARAGA COUNTY CODE: 26013**

☐ BOYER ROAD CORRECTIONAL FACILITY
10274 BOYER ROAD
CARSON CITY, MI 48811
**MONTCALM COUNTY CODE: 26117**

☐ FLORENCE CRANE CORRECTIONAL FACILITY
P.O. BOX 307, 38 FOURTH STREET
COLDWATER, MI 49036

☐ LAKELAND CORRECTIONAL FACILITY
141 FIRST STREET
COLDWATER, MI 49036
**BRANCH COUNTY CODE: 26023**

☐ MOUND CORRECTIONAL FACILITY
17601 MOUND ROAD
DETROIT, MI 48212

☐ RYAN CORRECTIONAL FACILITY
17600 RYAN ROAD
DETROIT, MI 48212

☐ WAYNE COUNTY JAIL
570 CLINTON STREET
DETROIT, MI 48226
**WAYNE COUNTY CODE: 26163**

☐ OAKS CORRECTIONAL FACILITY
P.O. BOX 38, 1500 CABERFAE HWY.
EASTLAKE, MI 49626-0038
**MANISTEE COUNTY CODE: 26101**

☐ GENESSE COUNTY JAIL
1002 S. SAGINAW
FLINT, MI 48502
**GENESSE COUNTY CODE: 26049**

☐ SAGINAW CORRECTIONAL FACILITY
9625 PIERCE ROAD
FREELAND, MI 48623
**SAGINAW COUNTY CODE: 26145**

☐ WILLIAM DICKERSON FACILITY
3501 HAMTRAMCK DRIVE
HAMTRAMCK, MI 48211
**WAYNE COUNTY CODE: 26163**

☐ BELLAMY CREEK CORRECTIONAL FACILITY
1727 W. BLUEWATER HIGHWAY
IONIA, MI 48846

☐ IONIA MAXIMUM FACILITY
1576 W. BLUEWATER HIGHWAY
IONIA, MI 48846

☐ DEERFIELD CORRECTIONAL FACILITY
1755 HARWOOD ROAD
IONIA, MI 48846

☐ RIVERSIDE CORRECTIONAL FACILITY
777 W. RIVERSIDE DRIVE
IONIA, MI 48846

☐ HANDLON MICHIGAN TRAINING UNIT
1728 BLUEWATER HIGHWAY
P.O. BOX 492
IONIA, MI 48846
**IONIA COUNTY CODE: 26067**

☐ COOPER STREET CORRECTIONAL FACILITY
3100 COOPER STREET
JACKSON, MI 49201

☐ G. ROBERT COTTON CORRECTIONAL FACILITY
3500 N. ELM ROAD
JACKSON, MI 49201

☐ CHARLES EGELER CORRECTIONAL FACILITY
3855 COOPER STREET
JACKSON, MI 49201-7517

☐ PARNALL CORRECTIONAL FACILITY
1780 E. PARNALL
JACKSON, MI 49201

☐ SOUTHERN MICHIGAN CORRECTIONAL FACILITY
4002 COOPER STREET
JACKSON, MI 49201
**JACKSON COUNTY CODE: 26075**

☐ CHIPPEWA CORRECTIONAL FACILITY
4269 W. M-80
KINCHELOE, MI 49784

☐ HIAWATHA CORRECTIONAL FACILITY
4533 W. INDUSTRIAL PARK DR.
KINCHELOE, MI 49786-0001

☐ STRAITS CORRECTIONAL FACILITY
4387 W. M-80
KINCHELOE, MI 49785-0001

☐ KINROSS CORRECTIONAL FACILITY
16770 S. WATERTOWER DRIVE
KINCHELOE, MI 49788
**CHIPPEWA COUNTY CODE: 26033**

☐ MARQUETTE BRANCH PRISON
P.O. BOX 779
1960 S. US-41
MARQUETTE, MI 49855
**MARQUETTE COUNTY CODE: 26103**

☐ THUMB CORRECTIONAL FACILITY
3225 JOHN CONLEY DRIVE
LAPEER, MI 48446
**LAPEER COUNTY CODE: 26087**

☐ FEDERAL CORRECTIONAL INSTITUTION - MILAN
P.O. BOX 1000
MILAN, MI 48160-1090
**WASHTENAW COUNTY CODE: 26161**

☐ MACOMB COUNTY JAIL
P.O. BOX 2308
MOUNT CLEMONS, MI 48043
**MACOMB COUNTY CODE: 26099**

☐ MUSKEGON CORRECTIONAL FACILITY
2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

☐ EARNEST C. BROOKS CORRECTIONAL FACILITY
2500 S. SHERIDAN DRIVE
MUSKEGON HEIGHTS, MI 49444
**MUSKEGON COUNTY CODE: 26121**

☐ ALGER MAXIMUM FACILITY
P.O. BOX 600
INDUSTRIAL PARK DRIVE
MUNISING, MI 49862
**ALGER CONTY CODE: 26003**

☐ MACOMB CORRECTIONAL FACILITY
34625 26 MILE ROAD, P.O. BOX 480999
NEW HAVEN, MI 48048
**MACOMB COUNTY CODE: 26099**

☐ NEWBERRY CORRECTIONAL FACILITY
3001 NEWBERRY AVENUE
NEWBERRY, MI 49868
**LUCE COUNTY CODE: 26095**

☐ SCOTT CORRECTIONAL FACILITY
47500 FIVE MILE ROAD
PLYMOUTH, MI 48170

☐ WESTERN WAYNE CORRECTIONAL FACILITY
48401 FIVE MILE ROAD
PLYMOUTH, MI 48170
**WAYNE COUNTY CODE: 26163**

☐ OAKLAND COUNTY JAIL
P.O. BOX 436017
PONTIAC, MI 48343
**OAKLAND COUNTY CODE: 26125**

☐ MID-MICHGIAN CORRECTIONAL FACILITY
8201 N. CROSWELL ROAD
ST. LOUIS, MI 48880

☐ PINE RIVER CORRECTIONAL FACILITY
320 N. HUBBARD
ST. LOUIS, MI 48880

☐ ST. LOUIS CORRECTIONAL FACILITY
8585 N. CROSWELL ROAD
ST. LOUIS, MI 48880
**GRATIOT COUNTY CODE: 26057**

☐ STANDISH MAXIMUM CORRECTIONAL FACILITY
4713 W. M-61
STANDISH, MI 48658
**ARENAC COUNTY CODE: 26011**

☐ HURON VALLEY CENTER
3511 BEMIS ROAD
YPSILANTI, MI 48197

☐ HURON VALLEY CORRECTIONAL FACILITY
3201 BEMIS ROAD
YPSILANTI, MI 48197
**WASHTENAW COUNTY CODE: 26161**

04 - 74693
VICTORIA A. ROBERTS
MAGISTRATE JUDGE MONA K. MAJZOUB

---

**OFFICE USE ONLY**

**PLAINTIFF ADDRESS: (IF NOT ABOVE)**

Ypsilanti Center for Forensic
Psychiatry
331 Emis Rd, Unit C-41
Ypsilanti, MI 48197

**BASIS OF JURISDICTION**

☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party
☐ 4 Diversity

**ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed From State Court
☐ 5 Transferred from another District

**CASE OPENING**

☒ OPEN AS CV

☐ NO CREDIT REASSIGN TO Motion to Vacate (2255)

**JURY DEMAND**

Check YES only if demanded in complaint

☒ No
☐ Yes



**NATURE OF SUIT**

☐ 510 Motions to Vacate Sentence
☒ 530 Habeas Corpus
☐ 535 Habeas/Death Penalty
☐ 540 Mandamus
☐ 550 Civil Rights
☐ 555 Prison Condition

**FEE STATUS**

☒ IFP In Forma Pauperis
☐ WAI Waived
☐ PD Fee Paid

POSSIBLE
COMPANION CASE
04-74694

**PLAINTIFF'S COUNTY OF RESIDENCE:**

26161

Rev. 12/8/2004

**PURSUANT TO LOCAL RULE 83.11**

1.  Is this a case that has been previously discontinued or dismissed?          ☐ YES  ☑ NO

    If **yes**, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2.  Other than stated above, are there any pending or previously discontinued or          ☐ YES  ☑ NO
    dismissed companion cases in this or any other court, including state court?
    (Companion cases are matters in which it appears substantially similar
    evidence will be offered or the same or related parties are present and the
    cases arise out of the same transaction or occurrence.)

    If **yes**, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes: